# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J SULLAS,** | **Case No.:** 3:22-cv-03312-TLT |
| Plaintiff, | *HON. TRINA L. THOMPSON* |
| v. | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **INNOVIS DATA SOLUTIONS, INC.,** | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of ~~twelve (12) months~~ 90 days from the date of this Order. The Clerk is directed to close the file.

_____
HON. TRINA L. THOMPSON
United States District Judge

Dated: June 20, 2023